UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

REINALDO OLAVARRIA )
　　　　　　　　　　Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:19-CV-162-FL
DORETHA JONES, *in her individual and* )
*private capacity,* YVETTE GRIFFIN, *in her* )
*individual and  private capacity*, NICOLE )
FIELDS, *in her individual and  private* )
*capacity* , DOREEN PEARSON, *in her* )
*individual and  private capacity*, and )
MANDY COHEN  *in her official capacity* )
*as Secretary of NCDHHS* )
　　　　　　　　　　Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss and motions by plaintiff to show cause and for recusal. .

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 17, 2020, and for the reasons set forth more specifically therein, the court GRANTS defendants' motions to dismiss and DENIES plaintiff's motion for cause and motion for recusal.

**This Judgment Filed and Entered on December 17, 2020, and Copies To:**
Reinaldo Olavarria (via US mail) 614 Gaslight Trail, Wendell, NC 27591
Jennifer M. Jones  (via CM/ECF Notice of Electronic Filing)

December 17, 2020　　　　　　　　PETER A. MOORE, JR., CLERK


　 /s/ Sandra K. Collins　　　　　　
(By) Sandra K. Collins, Deputy Clerk